UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT ___GREENEVILLE___


AUG 2 3 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

ANTHONY )

Joseph )

LACY )

(Enter above the NAME of the
plaintiff in this action.) )

v. )

Buddy )

Davis And )

FAMILY )

(Enter above the NAME of each
defendant in this action.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.     PREVIOUS LAWSUITS

A.     Have you begun other lawsuits in state or federal court dealing with the same facts
       involved in this action or otherwise relating to your imprisonment? YES ( ✓ ) NO ( )

B.     If your answer to A is YES, describe the lawsuit in the space below. (If there is more
       than one lawsuit, describe the additional lawsuits on another piece of paper, using the
       same outline.)

       1.     Parties to the previous lawsuit:

              Plaintiffs: Anthony Joseph Lacy

              _____

              Defendants: CARTER County shriffs office

              James Parish, Mike Little

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _dismissed And Appealed_____

6. Approximate date of filing lawsuit: _2019 - 2020_____

7. Approximate date of disposition: _2020 - 2021_____

II. PLACE OF PRESENT CONFINEMENT: _R.M.S.I_____

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? _I HAVE Filed One and Kept a Copy_____

2. What was the result? _____

_____

D. If your answer to B is NO, explain why not. _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

_____

2

2. What was the result? _____

_____

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: ANTHONY Joseph LACY

Present address: R.M.S.I 7475 Cockrill Bend Blvd Nashville, TN 37209

Permanent home address: _____

Address of nearest relative: 115 Townson Rd, Roan Mountain, TN 37687

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Buddy Davis

Official position: Brain Surgeon, PARK Ranger, Correctional officer

Place of employment: M.E.C.X, B.C.C.X, R.M.S.I

C. Additional defendants: His family, Josh Davis, His Brother, Daughters, Cousins, Micheal Avnett, Tonya Destiny Arnett, Taylor Whitehead. Charles Elsea, Teresa hampton

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

HE Did My Brain Surgeory, Stalked And Raped Me Abducted Me to T.D.O.C And Has Raped Me for 9 years.

3

HE HAS RAPED ME IN MY SLEEP My entire Life Because of the HEAD Monitor in my HEAD, Murdered My family Judy Sue Lacy, Wayne Russell Lacy, THREATENS To Murder my Remaining family, IS Starving Me Throwing away my property, WANTING ME To Turn gay or HE is going do Kill Me. THIS NOTEBOOK HAS All OF MY Recordings His FAMILY Works in this facility, THE Unit MANAGER Davis, THE Nurses And Doctor Davis's THEY HAVE RAPED ME, plucked My facial hair, Sexually Assaulted, Abused, Battered me. Since 2019, And was secretly. Raping Me in My sleep my entire Life HE CLAIMS TO Be A Millionar And Did my Brain Surgery AT UT THROUGH the Ronald Mcdonald House And Has abducted Me And I Am in prison illegally.

4

## V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

And His family,

please Arrest this Man and Contact attorittys, F.B.I, T.B.I

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ~~A~~ 17th day of July , 20 23 .

Signature of plaintiff(s)